## ATTACHMENT A

## DESCRIPTION OF LOCATION(S) TO BE SEARCHED

Business site of Hoover Mitsubishi, located at 2250 Savannah Highway, Charleston, South Carolina 29414. Hoover Mitsubishi is a car dealership that consists of one stand-alone building surrounded by a car lot of vehicles for sale. A picture of the business is depicted below:

