## ATTACHMENT C

### Government procedures for warrant execution

The United States government will conduct a search of any electronic evidence properly seized pursuant to this warrant and determine within the scope of the information to be seized specified in Attachment B. Those that are within the scope of Attachment B may be copied and retained by the United States. Law enforcement personnel will then seal any information that does not fall within the scope of Attachment B and will not further review the information absent an order of the Court.