AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 2:19-cr-00567 | Date and time warrant executed: 6/17/19  9:15 a.m. | Copy of warrant and inventory left with: Mark Hoover |
| Inventory made in the presence of: Mark Hoover |||

Inventory of the property taken and name of any person(s) seized:

2018 vehicle sales deals - 15 boxes;
2017 vehicle sales deals - 18 boxes;
2016 vehicle sales deals - 13 boxes;
2015 vehicle sales deals - 15 boxes;
2014 vehicle sales deals - 12 boxes;
2013 vehicle sales deals - 5 boxes;

Dell Vastro 200 - X12-51822 desktop computer;
Toshiba 1TB- 549L8PSMS desktop computer;
Dell Optiplex 745 G413FCI desktop computer;
HP 2UA1120BN3 desktop computer;
HP CAC03704J5 desktop computer;
Lenovo Idea Centre 85SC80M59534AIDG73G108P desktop computer;
2015 "dead" vehicle sales - 1 box

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/17/19

Joseph H_____
Executing officer's signature

Special Agent, FBI  Joseph H_____
Printed name and title